IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL. )
)
v. ) No. 3:01-1170
) JUDGE CAMPBELL
UNIVERSAL-POLYGRAM INTERNATIONAL )
PUBLISHING, INC., ET AL. )

ORDER

Pending before the Court are Reports and Recommendations of the Magistrate Judge (Docket Nos. 111 and 112), entered April 19, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Reports and Recommendations (Docket Nos. 111 and 112) are ADOPTED and APPROVED. Accordingly, Plaintiff's Motion for Judgment by Default Against Defendant Three Boys From Newark (Docket No. 106) is GRANTED and Plaintiff's Motion for Judgment by Default Against Defendant Rasheed Bell Doing Business as Gulag Publishing (Docket No. 101) is GRANTED. By contemporaneous Orders, the Court shall enter default judgment against Defendants Three Boys From Newark and Rasheed Bell Doing Business as Gulag Publishing.

Entry of this Order shall constitute final judgment in this matter. Fed. R. Civ. P. 58. The Clerk is directed to close this file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE